UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JAMILLAH GOULD,

                                            Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER
GLENNY VARGAS (SHIELD NO. 01804), POLICE
OFFICER JOHN DOE 1-3,

                                           Defendants.

------------------------------------------------------------------ x

**STIPULATION & ORDER**

10 CV 5199 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/10

**IT IS HEREBY STIPULATED AND ORDERED** that plaintiff may file an amended complaint and join additional parties on or before January 4, 2011.

_____
Robert Marinelli
Attorneys for Plaintiff
305 Broadway, 14th Floor
New York, NY 10007
(212) 822-1427

_____
Shlomit Aroubis
Assistant Corporation Counsel
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 442-2715

SO ORDERED this 23rd day of Dec, 2010
New York, New York

_____
The Honorable Deborah A. Batts